■ CAROL PASTORE, Respondent, v TOWN OF HARRISON, Appellant. [868 NYS2d 543]—

In opposition to the plaintiff's prima facie showing that the defect which caused her trip-and-fall accident was created by the defendant's negligence in repairing the roadway in question (*see Alvarez v Prospect Hosp.*, 68 NY2d 320, 324 [1986]), the defendant failed to raise a triable issue of fact (*see* CPLR 3212 [b]). Furthermore, proof that a dangerous condition is open and obvious does not preclude a finding of negligence against a landowner for the failure to maintain the property in a safe condition, but is relevant on the issue of the plaintiff's comparative negligence (*see Cupo v Karfunkel*, 1 AD3d 48, 52 [2003]). Accordingly, the Supreme Court properly awarded summary judgment to the plaintiff on the issue of the defendant's negligence. Fisher, J.P., Angiolillo, Dickerson and Belen, JJ., concur.